**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

BARBARA BALISTRERI,

Appellant,

v.

LAWRENCE G. FRANK, *et al.*,

Appellees.

No. 4:25-CV-01946

(Chief Judge Brann)

**ORDER**

**JULY 31, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Craig Balistreri's Motion to Dismiss (Doc. 4) is **DENIED**;
2. The underlying orders of the United States Bankruptcy Court for the Middle District of Pennsylvania are **AFFIRMED**; and
3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge